# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bank of New York Mellon,<br><br>    Plaintiff<br>v.<br><br>SFR Investments Pool 1, LLC,<br><br>    Defendant | Case No.: 2:17-cv-00171-JAD-BNW<br><br>**Order Lifting Stay**<br><br>[ECF No. 29] |

Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 29] is GRANTED IN PART**, in that THE STAY IS LIFTED, but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**No Further Discovery without Leave of Court:**

Because the discovery period lapsed[1] before the stay[2] was entered in this case, if any party believes that additional discovery is needed, that party must file a proper motion to reopen discovery.

**Deadline for Dispositive Motions:**

**June 28, 2019, is the deadline for filing dispositive motions.**

**Meet & Confer:**

**Before filing any dispositive motion, the parties must meet and confer** as defined by Local Rule IA 1-3(f) and discuss all issues that the parties intend to raise in any dispositive

---

[1] ECF No. 24 (11/24/17 discovery cut off).

[2] ECF No. 26 (entering stay on 12/4/17).

motion that the parties anticipate filing.  The parties must make a good-faith effort to resolve any issues before raising them in a motion.  **A party representative must attend the conference, either in person or by telephone.**  Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

**Certificate Required with Dispositive Motions:**

Any dispositive motion filed in this case must be accompanied by a declaration by the movant's counsel that sets forth the details of the meet-and-confer in compliance with Local Rule IA 1-3(f)(2) and certifies that, despite good-faith efforts to confer, the issues raised in the motion could not be resolved.  The court may summarily deny any motion that fails to comply with this requirement.

**Deadline for Pretrial Order:**

If a dispositive motion is timely filed, the deadline to file the joint pretrial order will be 30 days after the order resolving dispositive motions is entered.  If no dispositive motion is filed, the deadline for filing the joint pretrial order will be July 26, 2019.

Dated: May 14, 2019

_____
U.S. District Judge Jennifer A. Dorsey