1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone:   (702) 634-5000
6  Facsimile:   (702) 380-8572
   Email:  darren.brenner@akerman.com
7  Email:  natalie.winslow@akerman.com
   Email:  jamie.combs@akerman.com
8
9  *Attorneys for Plaintiff The Bank of New York*
   *Mellon fka The Bank of New York as Trustee for the*
   *Certificateholders of CWMBS, Inc., CHL Mortgage*
10 *Pass-Through Trust 2005-12, Mortgage Pass-*
   *Through Certificates, Series 2005-12*

11

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-12, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-12, | Case No.: 2:17-cv-00171-JAD-BNW |
| | **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
|                                    Plaintiff, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company, | |
|                                    Defendant. | |

23        The Bank of New York Mellon fka The Bank of New York as Trustee for the

24  Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-12, Mortgage Pass-

25  Through Certificates, Series 2005-12 consents to the substitution of Darren T. Brenner, Esq., Natalie

26  L. Winslow, Esq., and Jamie K. Combs, Esq. of AKERMAN LLP as its counsel in the place and stead

27

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    of WRIGHT, FINLAY & ZAK, LLP, in the above-entitled matter.

2         DATED this __ day of May, 2019.

The Bank of New York Mellon fka The Bank of
New York as Trustee for the Certificateholders of
CWMBS, Inc., CHL Mortgage Pass-Through Trust
2005-12, Mortgage Pass-Through Certificates,
Series 2005-12, *by Bayview Loan Servicing, LLC its Attorney In Fact*

By: _____

Its: *Vice President*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

48866989;1
48880901;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Christina Miller, Esq. and Joseph Dragon, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP stipulate to the substitution of Darren Brenner, Esq., Natalie Winslow, Esq., and Jamie Combs, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-12, Mortgage Pass-Through Certificates, Series 2005-12.

DATED this 20th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/Joseph A. Dragon
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
JOSEPH A. DRAGON, ESQ.
Nevada Bar No. 13682
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117

48866989;1
48880901;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    Darren T. Brenner, Esq., Natalie L. Winslow, Esq. and Jamie K. Combs, Esq., of the law

2 firm AKERMAN LLP, stipulate to substitution as counsel of record for The Bank of New York Mellon

3 fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage

4 Pass-Through Trust 2005-12, Mortgage Pass-Through Certificates, Series 2005-12 in the place and

5 stead of WRIGHT, FINLAY & ZAK, LLP.

6    DATED this 20th day of May, 2019.

                                            AKERMAN LLP
7
                                            /s/Natalie L. Winslow
8                                           DARREN T. BRENNER, ESQ.
                                            Nevada Bar No. 8386
9                                           NATALIE L. WINSLOW, ESQ.
                                            Nevada Bar No. 12125
10                                          JAMIE K. COMBS, ESQ.
                                            Nevada Bar No. 13088
11                                          1635 Village Center Circle, Suite 200
                                            Las Vegas, NV 89134
12

13

14    **IT IS SO ORDERED**.

15    **IT IS FURTHER ORDERED** that pursuant to LR IA 11-6(d), the substitution of attorney
16  "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any
    hearing in this case."
17

18    Dated: May 22, 2019

19                                          Brenda Weksler
                                            United States Magistrate Judge
20

21

22

23

24

25

26

27

28